IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

VALENTA THOMPSON,

   Petitioner,

v.              Case No. CIV-10-190-RAW-KEW

JUSTIN JONES, DOC Director,

   Respondent.

## ORDER

  On August 1, 2013, the United States Magistrate Judge filed a Report and Recommendation, recommending that this action (commenced by the Petitioner Booker's filing of a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254) be in all respects dismissed.  Petitioner has not filed an objection to the Report and Recommendation.

  After a *de novo* review, and construing Petitioner Booker's *pro se* filings liberally, the court finds that the Magistrate Judge's Report and Recommendation is well-supported by the evidence and the prevailing legal authority.  Accordingly, the Report and Recommendation of the Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order.  Petitioner Booker's Petition pursuant to 28 U.S.C. § 2254 is hereby DISMISSED.

  IT IS SO ORDERED this 18th day of September, 2013.

**Dated this 18th day of September, 2013.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma